IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| STEPHON SUGGS,<br><br>     Plaintiff,<br><br>v.<br><br>BRIAN P. KEMP, et al.,<br><br>     Defendants. | CIVIL ACTION NO.: 6:21-cv-4 |

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation.  (Doc. 18.)  Plaintiff did not file Objections to the Report and Recommendation.  Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DENIES** Plaintiff's Motion for Temporary Restraining Order or Preliminary Injunction.  (Doc. 16.)

**SO ORDERED**, this 10th day of September, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA