IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| STEPHON W. SUGGS, | |
| Plaintiff, | CIVIL ACTION NO.: 6:21-cv-4 |
| v. | |
| BRAIN P. KEMP, et al., | |
| Defendants. | |

**O R D E R**

The Court has conducted an independent and de novo review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, (doc. 20). Plaintiff filed Objections to this Report and Recommendation. (Doc. 21.) The Magistrate Judge recommended that the Court dismiss without prejudice Plaintiff's cause of action. The Magistrate Judge's finding was based on Plaintiff's failure to follow the Court's August 17, 2021 Order to file an amended complaint, (doc. 17), and failure to prosecute. Plaintiff stated he sent a response to the Court's Order on August 20, 2021, (doc. 21, p. 1), and the Court gave him an opportunity to refile his Amended Complaint according to the original instructions in the first Order. (Doc. 23.)

While Plaintiff did resend his Amended Complaint, the Amended Complaint does not comply with the Court's directives. Plaintiff's complaint and attachments consisted of 69 pages, (doc. 25), far exceeding the allowed ten additional pages for written allegations and attachments. (Doc. 17, p. 3.) The filing contains a litany of incomprehensible documents labelled as affidavits, motions, or petitions. Plaintiff disregarded the Court's instructions when he included several pages of legal arguments, (doc. 25, pp. 23–34), including various irrelevant references to admiralty

jurisdiction, international banking, the law of contracts, and the Uniform Commercial Code, among other things.  Plaintiff was warned by this Court that the failure to follow its instructions would result in a dismissal, (doc. 17, p. 4), but Plaintiff did not heed those warnings.  The Magistrate Judge correctly recommended dismissal of Plaintiff's claims due to Plaintiff's failure to follow a Court order and failure to prosecute.  See, e.g., Duong Thanh Ho v. Costello, 757 F. App'x 912, 915 (11th Cir. 2018) (affirming dismissal of pro se plaintiff's complaint for the plaintiff's failure to follow the court's instructions regarding amendment of complaint).

Accordingly, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **DENIES** all pending motions as moot**, DISMISSES without prejudice** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 15th day of November, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA