IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| STEPHON SUGGS, | |
| Plaintiff, | CIVIL ACTION NO.: 6:21-cv-4 |
| v. | |
| BRIAN P. KEMP, et al., | |
| Defendants. | |

**O R D E R**

The Court dismissed this case following Plaintiff's failure to properly comply with its clear directives to submit an amended complaint that addressed a number of issues with his initial Complaint. (See docs. 20, 27.) Within thirty days of the issuance of judgment, (doc. 28), Plaintiff filed what he claimed, in the first sentence of the filing, was a motion for reconsideration, (doc. 29, pp. 1–6).[1] While the filing does not provide a sufficient basis for the Court to reconsider or vacate the dismissal of the case, see Fed. R. Civ. P. 59(e), 60, the Court concludes, after reviewing the filing, that it should be construed as a Notice of Appeal. Accordingly, to the extent the filing could be construed as a motion for reconsideration and a request for an *ex parte* hearing, the Court **DENIES** the requests for such relief, (docs. 29, 30, 31), and **DIRECTS** the Clerk of Court to

---

[1] Along with his "motion for reconsideration," Plaintiff also included a separate, single-page document entitled "Ex Parte Hearing for Published Order of the Court." (Doc. 29, pp. 7–8.) A little over a month after initially submitting these documents, Plaintiff mailed copies of the exact same documents to the Court a second time, with no explanation for his doing so. (See docs. 30, 31.)

**DOCKET** Plaintiff's submission, (doc. 29), instead as a Notice of Appeal, and to prepare the case for appeal.

**SO ORDERED**, this 14th day of July, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA